

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-0055-10

**KYLE LESLIE LACKEY, Appellant**

**v.**

**THE STATE OF TEXAS**

## ON REHEARING OF APPELLANT'S
## PETITION FOR DISCRETIONARY REVIEW
## FROM THE EIGHTH COURT OF APPEALS
## COLLIN COUNTY

*Per curiam.*

## O P I N I O N

Appellant was convicted of twelve counts of possession of child pornography and, after revocation of community supervision, was sentenced to confinement for ten years and fines of $1,500 for each count. The Court of Appeals affirmed the conviction. *Lackey v. State*, (Tex. App. — El Paso, No. 08-08-00012-CR, delivered December 16, 2009). Appellant's petition for discretionary review was dismissed as untimely filed on

May 19, 2010.  Appellant has filed a motion for rehearing requesting reinstatement of his petition so that it will be considered by this Court.  Appellant's motion for rehearing is granted.  His petition filed on March 17, 2010, is reinstated as of June 30, 2010, and will be considered in accord with Tex.R.App.P. 68.


Delivered June 30, 2010
Do not publish